UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNMARIE GREENE f/k/a ANNMARIE MOHAMMED, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MANHATTAN LUXURY AUTOMOBILES, INC. d/b/a LEXUS OF MANHATTAN,<br><br>    Defendant. | Case No.: 1:20-11036<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff, through undersigned counsel, hereby dismisses her claims against Defendant Manhattan Luxury Automobiles, Inc. d/b/a Lexus of Manhattan without prejudice and without attorney fees or costs to either party.

Dated this 4th day of January, 2021.

                                        Respectfully Submitted,

                                        /s/ *Daniel Zemel*
                                        Daniel Zemel, Esq.
                                        ZEMEL LAW, LLC
                                        660 Broadway
                                        Patterson, New Jersey 07514
                                        T:  (862) 227-3106
                                        F:  (973) 282-8603
                                        dz@zemellawllc.com
                                        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January 2021 a true and correct copy of the foregoing document was sent to all counsel of record in the present action by e-Service via the courts ecf filing system.

/s/ Daniel Zemel

Daniel Zemel, Esq.